UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>CLERK LOU OF CITY OF SYRACUSE CITY COURT,<br><br>　　　　　　　　　　　Defendant. | 24 CV 6919 (LTS)<br><br>CIVIL JUDGMENT |

　　　For the reasons stated in the September 16, 2024, order, this action is dismissed. The Court has therefore dismissed this action without prejudice due to Plaintiff's failure to comply with the court's July 10, 2020 order in Johnson, ECF 1:19-CV-7337, 8. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Dated:　September 19, 2024
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge